**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

**CASE NO. 3:14-cv-877-J-34PDB**

DURHAM COMMERCIAL CAPITAL CORP.,
a New York corporation,

                Plaintiff,

vs.

CONNOLLY, GEANEY, ABLITT and WILLARD,
P.C., a Rhode Island corporation f/k/a ABLITT
SCOFIELD, PC and SELECT PORTFOLIO
SERVICING, INC., a Utah corporation,

                Defendants.
_____/

**NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, OF**
**DEFENDANT, CONNOLLY, GEANEY, ABLITT AND WILLARD, P.C.**

    Plaintiff, Durham Commercial Capital Corp. (hereinafter "Durham"), by and through undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A), hereby files its Notice of Voluntary Dismissal, Without Prejudice ("Notice of Dismissal"), dismissing the action solely against Defendant, Connolly, Geaney, Ablitt and Willard, P.C. ("CGA&W") and states as follows:

    1.    On September 4, 2014, Steven Ablitt, Summit Title Corporation, Etoile Corporation and Pioneer & Abstract Company, LLC, filed an involuntary petition against CGA&W under chapter 7 of the Bankruptcy Code.

    2.    An order for relief was entered on October 16, 2014 and Lynne F. Riley has been appointed as the Chapter 7 Trustee of the Debtor, CGA&W.

    3.    Pursuant to Fed. R. Civ. P. 41(a)(1), "the plaintiff may dismiss an action without a court order by filing (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment . . ."

*Durham Commercial Capital Corp. v. Connolly, Geaney, Ablitt and Willard, P.C., et al.*
Case No. 3:14-cv-877-J-334PDB
Notice of Voluntary Dismissal, Without Prejudice, of Defendant
Connolly, Geaney, Ablitt and Willard, P.C.
Page 2 of 6

4. CGA&W has neither served any answer to Durham's complaint, nor has there been any motion for summary judgment.

5. This Notice of Voluntary Dismissal is not intended to have any impact on the Defendant, Select Portfolio Servicing, Inc.

ULLMAN & ULLMAN, P.A.
*Attorneys for Durham Commercial Capital Corp.*
150 East Palmetto Park Road, Suite 700
Boca Raton, Florida 33432
Telephone: (561) 338-3535
Facsimile: (561) 338-3581

BY: */s/ Michael W. Ullman*
    MICHAEL W. ULLMAN
    Florida Bar No. 259667
    Email: michael.ullman@uulaw.net

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to all counsel of record via the courts ECF Filing System on this 23rd day of October, 2014.

By: */s/ Michael W. Ullman*
    MICHAEL W. ULLMAN

F:\wp51 14\140023\Pleadings\Notice of Voluntary Dismissal of Connolly Geancy Ablitt & Willard.(10-23-14).FINAL.doc